Argued June 6, affirmed June 28, 1961

## STEELE *v.* RICHARDS ET AL

363 P. 2d 60

*C. Robert Altman,* Eugene, argued the cause for appellants. With him on the brief was E. B. Sahlstrom, Eugene.

*A. J. Morris,* Eugene, argued the cause and filed a brief for respondent.

Before McALLISTER, Chief Justice, and SLOAN, O'CONNELL and LUSK, Justices.

SLOAN, J.

This was an action to recover overtime pay as required by the Fair Labor Standards Act, 29 USCA 201, et seq., and for double time pay for Sunday labor. Plaintiff recovered a judgment and defendants appeal. We have examined the record and authorities and find no merit in any of the assignments of error.

Judgment affirmed. Plaintiff is awarded his attorney's fee for resisting the appeal in the sum of $350. *Holtville Alfalfa Mills v. Wyatt,* 230 F2d 398 (9th cir 1955).